***E-FILED - 1/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN WILLIAMS, | ) | No. C 01-20836 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR CLARIFICATION |
| vs. | ) ) | (Docket No. 28) |
| SUE HUBBARD, Warden, | ) ) | |
| Respondent. | ) ) | |

On January 31, 2005, petitioner's 28 U.S.C. § 2254 habeas corpus petition was denied. On March 31, 2005, this court denied a certificate of appealability. On June 24, 2005, the Ninth Circuit denied a certificate of appealability.

Currently before the court is petitioner's motion for clarification. Specifically, petitioner states he does not understand why his petition was terminated without the court considering or ruling on his traverse, filed on September 24, 2005, and requests that his traverse "be assigned to a judge and calendared for a decision." On the contrary, as stated in its January 31, 2005 order, prior to denying the petition on the merits, the court properly considered all relevant pleadings and the record, including petitioner's traverse.

Accordingly, petitioner's motion for clarification is denied as moot.

This order terminates docket no. 28.

Order Denying Motion for Clarification
P:\PRO-SE\SJ.Rmw\HC.01\Williams836postjud.wpd          1

1  IT IS SO ORDERED.

2  DATED: __1/13/09_____   *Ronald M. Whyte*
                            RONALD M. WHYTE
3                           United States District Judge